CATHERINE CORTEZ MASTO
Attorney General
KIMBERLY A. BUCHANAN
Senior Deputy Attorney General
Nevada Bar No. 5891
Public Safety Division
555 East Washington Avenue, #3900
Las Vegas, Nevada 89101
Tel: (702) 486-3420
Fax: (702) 486-3906
kbuchanan@ag.nv.gov
*Attorneys for Defendant,*
*Nevada Department of Public Safety Investigation Division;*
*Southern Area Interdiction Narcotics Team; Detective Bryant;*
*And Detective Trimming*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WALTER J. RUIZ and MILLICENT Z. RUIZ, individually; and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MESQUITE, a politic subdivision of the State of Nevada; CITY OF MESQUITE POLICE DEPARTMENT, a political subdivision of the State of Nevada; SOUTHERN AREA INTERDICTION NARCOTICS TEAM, a political subdivision of the State of Nevada; NEVADA DEPARTMENT OF PUBLIC SAFETY INVESTIGATION DIVISION, a political subdivision of the State of Nevada; DETECTIVE VERNON HARDY, individually and in his official capacity as a police officer; DETECTIVE JOHN DOE WOODS, individually, and in his official capacity as a police officer; DETECTIVE JOHN DOE BRYANT, individually, and in his official capacity as a police officer; DETECTIVE JOHN DOE TRIMMING, individually, and in his official capacity as a police officer; DOUG SMAELLIE, individually, and in his official capacity as a police officer/corrections officer; MESA VIEW REGIONAL HOSPITAL; CLAYTON FULLER, M.D., an individual; DARRIN F. HOUSTON, D.O., an individual; ROBERT FOSTER, M.D., an individual; DOES I through XX, inclusive, and ROE | Case No. 2:09-cv-00211-JCM-LRL<br><br>Consolidated with 2:10-cv-00077-GMN-RJJ<br><br>**DEFENDANTS NEVADA DEPARTMENT OF PUBLIC SAFETY INVESTIGATIONS DIVISION, DETECTIVE BRYANT AND DETECTIVE TRIMMING'S FIRST MOTION TO EXTEND DISPOSITVE MOTION DEADLINE** |

-1-

CORPORATIONS XXI through XL, )
inclusive, )
                Defendants. )
_____)

### DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

COMES NOW, Defendants, NEVADA DEPARTMENT OF PUBLIC SAFETY, INVESTIGATIONS DIVISION ("NDI"), its SOUTHERN AREA INTERDICTION NARCOTICS TEAM ("Drug Task Force"), DETECTIVE BRYANT ("Bryant") and DETECTIVE TRIMMING ("Trimming"), (collectively "Defendants") by and through their attorneys CATHERINE CORTEZ MASTO, Attorney General and KIMBERLY A. BUCHANAN, Senior Deputy Attorney General, and hereby moves to extend the dispositive motion deadline.

This Motion is made pursuant to the March 3, 2011 Minutes of Proceedings (#58), the following memorandum of points and authorities and the other papers and pleadings on file with the court in this matter.

DATED this 9th day of September, 2011.

                CATHERIEN CORTEZ MASTO
                Attorney General

                By: /s/ Kimberly Buchanan
                KIMBERLY A. BUCHANAN
                Senior Deputy Attorney General
                Nevada Bar No. 5891
                Public Safety Division
                555 E. Washington Ave., #3900
                Las Vegas, Nevada 89101

### POINTS AND AUTHORITIES

On October 8, 2009, Plaintiffs Walter and Millicent Ruiz, (hereinafter "Plaintiffs"), filed a complaint against the City of Mesquite, its police department and several of its officers as well as the DRUG TASK FORCE, NDI, the supervisory agency for the task force and two of NDI's detectives in their individual and official capacities. The complaint raises a myriad of civil rights violations arising out of the DRUG TASK FORCE'S investigation into the illegal distribution and sale of narcotics by Plaintiff WALTER RUIZ.

On March 3, 2011, during the status conference, due to procedural delays with this matter, discovery was extended until August 18, 2011, and the Proposed Joint Pretrial Order was due October 19, 2011. (#58)

Plaintiffs' depositions were held on August 11-12, 2011 within the prescribed discovery period and the deposition of witness Lorene Trafny was held on Monday, August 22, 2011 pursuant to the agreement of the parties. Plaintiffs' deposition transcripts were only received on Tuesday, September 6, 2011, and the transcript of Lorene Trafny's deposition has not yet been received. Defendants respectfully request that the dispositive motion deadline be extended until October 18, 2011, in light of the delayed deposition transcripts.

(1)     **Discovery Cut-Off Date.**

The discovery cutoff date was initially extended until July 18, 2011. (#56) Discovery was then extended again until August 18, 2011. (#58) Defendants are not seeking to reopen discovery, and therefore this deadline will not change.

(2)     **Amending the Pleadings and Adding Parties.**

The date for filing motions to amend the pleadings or to add parties shall not be later than 90 days prior to the close of discovery. This deadline will not change.

(3)     **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts).**

The time deadlines specified in Fed. R.. Civ. P. 26(a)(2)(C) for the disclosures concerning experts were modified to require that the disclosures be made 60 days before the discovery cut-off date and disclosures respecting rebuttal experts be made 30 days after the initial disclosure of experts. Accordingly, disclosures concerning experts were to be made by May 18, 2011. Disclosures concerning rebuttal experts were to be made by June 17, 2011. These deadlines will not change.

(4)     **Dispositive Motions.**

Unless the discovery plan otherwise provides and the court so orders, the date for filing dispositive motions shall not be later than 30 days after the discovery cut-off date. In light of the new discovery deadline of August 18, 2011, and the delayed transcripts which are critical to the forthcoming Motion for Summary Judgment, Defendants are seeking a thirty day

1 extension. The amended deadline would be October 18, 2011.

2     **(5)    Pretrial Order.**

3     The joint pretrial order shall be filed not later than 30 days after the date set for filing dispositive motions. Originally, this deadline was to be October 19, 2011. The amended deadline would be November 18, 2011. In the event dispositive motions are filed, the date for filing the joint pretrial order would be suspended until 30 days after decision of the dispositive motions or further order of the Court.

8     **(6)    Fed. R. Civ. P. 26(a)(3) Disclosures.**

9     Unless the discovery plan otherwise provides and the Court so orders, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

12 DATED this 9th day of September, 2011.

CATHERINE CORTEZ MASTO
Attorney General

By: *Kimberly Buchanan* (signature)
KIMBERLY A. BUCHANAN
Deputy Attorney General
Nevada Bar No. 5891
Public Safety Division
555 E. Washington Ave., #3900
Las Vegas, Nevada 89101

**IT IS SO ORDERED.**

*George Foley Jr.* (signature)
U.S. MAGISTRATE JUDGE

DATED: September 12, 2011

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2011, I served the foregoing *DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE* by causing to be delivered to the Department of General Services for mailing at Las Vegas, Nevada, a true copy thereof, addressed to:

Walter & Millicent Ruiz
P.O. Box 468
3185 Kaibab East
Beaver Dam, AZ  86432
**In proper Plaintiffs**

Jeffrey I. Pitegoff, Esq.
415 South 6th Street, Suite 300
Las Vegas, Nevada 89101
**Attorney for Mesquite Defendants**
**Via: the CM/ECF system**

*[signature]*
An Employee of the Office of the Attorney General

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101