UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WALTER J. RUIZ and MILLICENT Z. RUIZ, individually and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MESQUITE, et al.,<br><br>Defendants. | 2:09-CV-211 JCM (LRL) |

**ORDER**

Presently before the court is plaintiffs' motion to extend time so that they can obtain counsel. (Doc. #68). Defendants have filed an opposition to the motion (doc. #69), to which plaintiffs have not responded.

This court takes note of the record in this case, and that it has provided plaintiffs with several opportunities to find new counsel. Nonetheless, plaintiffs have failed to obtain substitute counsel during the past eleven months. Rather, after representing to the court that they would represent themselves in this action, the plaintiffs filed the instant motion (on the day their response to the pending motion for summary judgment was due) requesting an extension of time.

The court has given plaintiffs sufficient opportunities to find counsel, and is mindful of the difficulties such delay may pose to defendants. The court will, however, provide plaintiffs with a final extension within which to find representation. Within 30 days, plaintiffs must either have a retained attorney make an appearance in this matter or file an opposition to the motion for summary

**James C. Mahan**
**U.S. District Judge**

1 judgment pro se.

2     Should the plaintiffs fail to heed the court's warning, the case is subject to dismissal.

3     Accordingly,

4     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion to

5 extend time (doc. #68) be, and the same hereby is, GRANTED.

6     IT IS THEREFORE ORDERED that plaintiffs shall file an opposition to the motion for

7 summary judgment, or have retained counsel make in appearance in this matter, within 30 calendar

8 days after the entry of this order.

9     DATED this 28th day of November, 2011.

                                              **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -