UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WALTER J. RUIZ and MILLICENT Z. RUIZ, individually and as husband and wife,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF MESQUITE, et al.,<br><br>        Defendants. | 2:09-CV-211 JCM (LRL) |

**ORDER**

Presently before the court is defendant City of Mesquite's bill of costs. (Doc. #80). Plaintiffs have not filed any objections.

The court notes that the bill of costs submitted by Mesquite requests over $13,000, the majority of which appear to relate to attorneys' fees. Attorneys' fees are not taxable under statute or the local rule. *See* 28 U.S.C. §§ 1920 - 1923, Fed. R. Civ. P. 54(d), and LR 54-1.

Further, the documentation provided by Mesquite does not satisfy the requirements for a motion for attorneys' fees. *See* Fed. R. Civ. P. 54(d) and LR 54-16.

Accordingly,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

```

```

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant City of Mesquite's request for costs (doc. #80) be, and the same hereby is, DENIED.

DATED this 9th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -