1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WALTER J. RUIZ and MILLICENT Z.
RUIZ, individually and as husband and
wife,

          Plaintiffs,

v.

CITY OF MESQUITE, et al.,

          Defendants.

2:09-CV-211 JCM (LRL)

**ORDER**

Presently before the court is defendant City of Mesquite's bill of costs. (Doc. #80). Plaintiffs have not filed any objections.

The court notes that the bill of costs submitted by Mesquite requests over $13,000, the majority of which appear to relate to attorneys' fees. Attorneys' fees are not taxable under statute or the local rule. *See* 28 U.S.C. §§ 1920 - 1923, Fed. R. Civ. P. 54(d), and LR 54-1.

Further, the documentation provided by Mesquite does not satisfy the requirements for a motion for attorneys' fees. *See* Fed. R. Civ. P. 54(d) and LR 54-16.

Accordingly,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant City of

2 Mesquite's request for costs (doc. #80) be, and the same hereby is, DENIED.

3   DATED this 9th day of February, 2012.

4

5             _____

6             **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

- 2 -